UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BARBARA TRUEMAN,

    Plaintiff,

v.

CHRISTOPHER SCHMELZER, *et al.*,

    Defendants.

Case No. 2:13-CV-00159
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

In light of the Court's April 29, 2013 Injunction By Consent and Order, the parties' Joint Motion for Entry of Judgment is **GRANTED**. (ECF No. 8.) The Clerk is **DIRECTED** to enter judgment in this case.

**IT IS SO ORDERED.**

\_\_\_5-1-2013\_\_\_
**DATE**

_____
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**