AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**BARBARA TRUEMAN,**

       **Plaintiff,**

**vs.**

**JUDGMENT IN A CIVIL CASE**

**CHRISTOPHER SCHMELZER, et al.,**

       **Defendants.**

CASE NO.  2:13-cv-0159
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE TERENCE P. KEMP

___ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed May 1, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: May 1, 2013

JOHN P. HEHMAN, CLERK

*/S/ Andy F. Quisumbing*
(By) Andy F. Quisumbing
Courtroom Deputy Clerk